**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CASE NO.: 7:23-CR-62 (LAG) |
| : | |
| KULWANT S. BAL, : | |
| : | |
| Defendant. : | |
| : | |

## **ORDER**

Before the Court is Defendant Kulwant S. Bal's Unopposed Motion to Continue Trial in the Interest of Justice (Motion). (Doc. 34). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently scheduled for June 6, 2024, and July 8, 2024, respectively. (*Id.* at 1; *see* Doc. 29).

On July 12, 2023, Defendant Kulwant S. Bal was charged with one count of false statements and fraud to obtain federal employees' compensation in violation of 18 U.S.C. § 1920 and one count of theft of government property in violation of 18 U.S.C. § 641. (Doc. 1 at 1–2). Defendant made his initial appearance on September 14, 2023, pled not guilty, and was "released on previously set conditions of release" by the Eastern District of Virginia with modifications. (Docs. 10, 12, 13). This matter has been previously continued three times since Defendant's initial appearance. (Docs. 19, 21, 28). Defendant's Counsel represents that, "on March 27, 2024, [C]ounsel received a fourth set of discovery which consists of over 7,000 pages of discovery documents along with recordings." (Doc. 34 at 2). As such, Defendant's Counsel "is requesting the Court to continue the July 2024 trial term to allow the defense additional time to complete review of the voluminous discovery, to meet with [Defendant] about the discovery, and to determine the next steps in his case." (*Id.*). The Government "is unopposed to the court continuing this matter to the next available term before this Court." (*Id.*).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's Counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, Defendant's Motion (Doc. 34) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's April 3, 2024, Scheduling Order (Doc. 29) are hereby terminated, and a new scheduling order will be forthcoming.[1]

**SO ORDERED**, this 29th day of May, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] As the Court has ruled on Defendant's Motion to Dismiss Indictment for Improper Venue (Doc. 42), the Evidentiary Hearing currently scheduled for June 6, 2024, at 10:00 AM is **CANCELLED**.