IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 7:23-CR-62-001 |
| KULWANT S. BAL | |

## ORDER

On July 12, 2023, an indictment was filed charging the defendant with False Statements and Fraud to Obtain Federal Employees' Compensation in violation of 18 U.S.C. §1920, and Theft of Government Property in violation of 18 U.S.C. §641.

On August 2, 2023, the defendant appeared in the Eastern District of Virginia before U.S. Magistrate Judge Lindsey R. Vaala for an Initial Appearance. Bal was subsequently released on a Personal Recognizance Bond with pretrial supervision. As an additional condition of pretrial supervision, he was ordered to surrender his passport. On September 14, 2023, the defendant appeared before this Court. The Court adopted the Order Setting Conditions of Release entered in the Eastern District of Virginia.

On May 8, 2025, a fully executed Pretrial Diversion Agreement was filed with the Court, with an effective date of April 16, 2025, reflecting the agreement of both parties to forgo prosecution. In as much, the defendant is requesting the return of his passport that was surrendered on August 2, 2023, to enable him to attend a wedding in India. The probation office has no objection to the return of his passport or the international travel. Likewise, the U.S. Attorney's Office has no objection either.

Accordingly, the Court directs the United States Probation Office to make available and return to Kulwant S. Bal, the passport previously surrendered by order of the Court.

SO ORDERED this 28th day of May, 2025.

s/ Alfreda L. Sheppard
ALFREDA L. SHEPPARD
U.S. MAGISTRATE JUDGE

Prepared by: LDB