IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA  :
          :  CRIM. NO. 7:23-CR-62-LAG-TQL
v.         :
          :
KULWANT S. BAL,    :
          :
Defendant.     :
_____ :

## ORDER

The Government's motion to dismiss the Second Superseding Indictment (Doc. 50) in the

above-captioned case is GRANTED. It is hereby ORDERED that the Second Superseding

Indictment (Doc. 50) be DISMISSED.

SO ORDERED this  11 th day of ___May___, 2026.


LESLIE ABRAMS GARDNER
CHIEF UNITED STATES DISTRICT JUDGE